```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCHBISHOP E. BERNARD JORDAN,

                    Plaintiff,

          -against-

LARRY D. REID, et al.,

                    Defendants.

---

26-CV-01142 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff commenced this lawsuit in the Southern District of New York on February 10, 2026. Dkt. No. 1. He alleges Defendants illicitly recorded two of his phone calls and made defamatory comments about him. Because no Defendant resides in the State of New York and the acts or omissions giving rise to the lawsuit occurred outside this district, the Court ordered Defendant to either move to change venue or explain why venue was proper in this district. *See* Dkt. No. 17. On February 19, 2026, Plaintiff submitted a letter arguing that venue is proper because Plaintiff is experiencing harm from Defendants' defamatory comments in this district, where he resides. Dkt. No. 27. Plaintiff also submits that, in the alternative, venue would be proper in the District of New Jersey. *Id.*

      Plaintiff's letter fails to show venue is proper in this district. As Plaintiff concedes, a court examining the question of whether venue is proper "must focus on where the defendant's acts or omissions occurred." *Id.* at 1. None of the Defendants' acts or omissions occurred within the Southern District of New York. No one who participated in the first or second phone call was in the State of New York during the calls. Defendants are alleged to have recorded the calls while outside the State of New York. And no Defendant made defamatory comments about Plaintiff in the State of New York. Accordingly, and for the reasons explained in the Court's order dated February 17, 2026 (Dkt. No. 17), it is hereby ORDERED that this case be transferred to the United States District Court for the District of New Jersey *sua sponte*. The Clerk of Court is respectfully directed to transfer this matter forthwith.

Dated: February 20, 2026
      New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge